IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PURDUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN EXPRESS, c/o CT | : | |
| CORPORATION | : | NO. 23-4138 |

| | | |
|---|---|---|
| ANDREW R. PURDUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN EXPRESS, c/o CT | : | |
| CORPORATION | : | NO. 23-4141 |

## ORDER

**AND NOW**, this 4th day of March, 2024, upon consideration of Defendant American Express National Bank's two identical Motions to Dismiss Plaintiff's Amended Complaints (Docket No. 6 in Civ. A. No. 23-4138; Docket No. 6 in Civ. A. No. 23-4141), and all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that both Motions are **GRANTED** as follows:

1. Plaintiff's Truth in Lending Act claims are **DISMISSED** with prejudice.

2. The above-captioned cases are **REMANDED** to the Court of Common Pleas of Lancaster County.

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned cases.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.